UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>            Defendant. | Civil Action No. 1:20-cv-2810-EGS |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendant's Response thereto, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**. It is further

**ORDERED** that Defendant the United States Department of Justice shall expedite the processing of Plaintiff's FOIA request dated July 17, 2020 (Tracking No. FOIA-2020-01642, FOI/PA No. 20-00208-F). It is further

**ORDERED** that Defendant the United States Postal Service shall conduct a search that is reasonably likely to lead to the discovery of any and all records responsive to Plaintiff's request, and produce by [a date certain set by this Court], all non-exempt requested records (or acknowledgment if no such records exist).

Dated:_____                    _____
                                          Hon. Emmet G. Sullivan
                                          United States District Judge